UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 21 2009

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

DONNA L. WHITAKER

Plaintiff,

V.                                              CIVIL ACTION NO.

I.C. SYSTEM INCORPORATED

Defendant.                                      OCTOBER 21, 2009

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

THE PLAINTIFF

BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com